UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNELL GENYARD,

        Petitioner,

    v.                                **ORDER**
                                        15-CV-6718 (WFK)

SUPERINTENDENT PAUL CHAPPIUS,

        Respondent.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

        On November 18, 2015, Donnell Genyard ("Petitioner") filed a *habeas corpus* petition. ECF No. 1. On June 30, 2021, this Court dismissed the petition without prejudice while the Queens District Attorney's Conviction Integrity Bureau conducted an investigation into Petitioner's conviction. ECF No. 110. On March 30, 2023, Petitioner moved for the Court to reopen the above-captioned case. ECF No. 111. According to his motion, Petitioner has elected not to await the outcome of the investigation "due to delay resulting from [the Conviction Integrity Bureau's] workload." *Id.* The Court hereby DIRECTS Respondent to respond to Petitioner's motion to reopen and ORDERS the following briefing schedule:

- Respondent shall file a response and/or cross-motion by Monday, May 8, 2023 at 5:00 P.M.; and

- Petitioner shall file a reply, if any, on or before Monday, June 5, 2023 at 5:00 P.M.

SO ORDERED.



Dated: April 18, 2023
       Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE